UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH DEAN, individually and on behalf of others similarly situated, | ) ) ) | Case No.: 1:19 CV 1969 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| BERKELEY SPRINGS INSTRUMENTS, LLC, | ) ) ) | |
| Defendant | ) ) | ORDER |

The court hereby grants the Parties' Joint Motion for Approval of Settlement (ECF No. 26). The court has reviewed the settlement agreement entered into by the Parties and finds that it is fair, adequate and reasonable and otherwise satisfies the criteria for approval under § 216(b) of the Fair Labor Standards Act.

This case is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 22, 2020